# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICELAND FOODS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV00091 SWW |
| LIBERTY MUTUAL INSURANCE COMPANY | * | |
| | * | |
| | * | |
| Defendant | | |

## ORDER

Before the Court are applications for Laura A. Foggan and Dale E. Hausman, attorneys from Washington, D.C., to appear *pro hac vice* as additional counsel for Defendant Liberty Mutual Insurance Company. The applications (docket entry #9) are GRANTED. Laura A. Foggan and Dale E. Hausman are admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Defendant.

IT IS SO ORDERED THIS 29TH DAY OF MARCH, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE