## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICELAND FOODS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV00091   SWW |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | |
| | * | |
| Defendant | | |

### ORDER

By order entered April 3, 2012, the Court granted the parties' joint motion to dismiss a portion of claims joined in this action and to stay and administratively close the case with respect to claims involving (1) actions or inactions of either party occurring on or after November 1, 2011, (2) the parties' rights and obligations regarding indemnification for any settlements or judgments adverse to Riceland in the underlying suits, and (3) any defense costs incurred after November 1, 2011.

Now before the Court is the parties' joint status report, stating that no developments have occurred that affect indemnification issues, and no settlements or judgments adverse to Riceland have been entered in the underlying suits. The parties report that approximately twenty underlying lawsuits remain, and they request that the stay be extended, with a joint status report due within six months.

IT IS THEREFORE ORDERED that that this case remains administratively closed, and the **parties shall file a joint status report on or before April 8, 2013, stating the status of the underlying cases and whether this case can proceed or be dismissed.**

IT IS SO ORDERED THIS 12TH DAY OF OCTOBER, 2012.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE