# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| RICELAND FOODS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV00091   SWW |
| LIBERTY MUTUAL INSURANCE COMPANY | * | |
| | * | |
| | * | |
| Defendant | | |

## ORDER of DISMISSAL

By order entered April 3, 2012, the Court granted the parties' joint motion to dismiss certain claims joined in this action and to stay and administratively close the case pending resolution of unresolved claims.  Now before the Court is the parties' joint motion for voluntary dismissal of all remaining claims, with prejudice.   The motion [ECF No. 83] is GRANTED.

IT IS THEREFORE ordered that this action is DISMISSED WITH PREJUDICE, with each side to bear its own costs.

IT IS SO ORDERED THIS 18TH DAY OF MAY, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE